The relief described hereinbelow is SO ORDERED.

Signed February 29, 2016.



_____
Ronald B. King
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 12-60880-RBK |
| JAMES RICHARD MASON | * | |
| JO ANN MASON | * | |
| DEBTORS | * | CHAPTER 7 |

ORDER GRANTING MOTION TO REDEEM PERSONAL PROPERTY

Came on for hearing before this Court the Motion to Redeem Property Pursuant to 11 U.S.C. § 722 . The Court, having considered the motion and reviewed the record herein, and having noted that no objections to the motion have been filed, is of the opinion that the motion should be granted.

ORDERED, that Debtors' Motion to Redeem Property pursuant to 11 U.S.C. § 722 is hereby GRANTED; and further

ORDERED, that the Debtors shall redeem the 2007 Chevrolet Silverado by remitting $100.00 in certified funds to Capital One Auto Finance within thirty (30) days from the entry date of this Order; and further

ORDERED, that upon tender of $100.00 by the Debtors to Capital One Auto Finance within thirty (30) days from the entry date of this Order, Capital One Auto Finance shall have the

right to immediately exercise it's contractual rights against the 2007 Chevrolet Silverado.

###

This order has been prepared by and is being submitted by:
James O. Cure
Attorney for Debtors
2584 Blue Meadow Drive
Temple, TX 76502
(254) 778-8934 (254) 773-2477 FAX

Please send signed copies of this order to the following:

James O. Cure
2584 Blue Meadow Drive
Temple, TX 76502

James Studensky
Chapter 7 Trustee
3912 W Waco Drive
Waco, TX 76710

Capital One Auto Finance
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006